JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

LEMINO M. DENNIS,                    ) NO. CV 11-03098 JFW (SS)
                                     )
                Petitioner,          )
                                     )
        v.                           )         **JUDGMENT**
                                     )
KELLY HARRINGTON, Warden,            )
                                     )
                Respondent.          )
_____)

     Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

     IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

     DATED:    May 19, 2011

                                    _____
                                    JOHN F. WALTER
                                    UNITED STATES DISTRICT JUDGE